AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

Eden Foods, Inc.

*Plaintiff(s)*

v.   Civil Action No. 0:23cv61989

Center of Eden Inc.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Center of Eden Inc.
15891 NW 10th Street
Pembroke Pines, FL 33028

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dineen Pashoukos Wasylik
DPW Legal
2244 Green Hedges Way
Suite 101
Wesley Chapel, FL 33544

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Oct 18, 2023

s/ N. Cubic
Deputy Clerk
U.S. District Courts